UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
JERRY MAURICE,

               Plaintiff,

  -against-

                                            **ORDER AND CIVIL JUDGMENT**

EULEN AMERICA,                              12-CV-6345 (RRM)

               Defendant.
-------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge:

      On December 21, 2012, plaintiff Jerry Maurice filed this *pro se* complaint pursuant to Title VII of the Civil Rights Act of 1964, as codified at 42 U.S.C. § § 2000e - 2000e-17 ("Title VII"). (Doc. No. 1.) By Order dated January 3, 2013, the Court granted plaintiff thirty (30) days from the date of the Order to file an amended complaint which complies with Rule 8(a) of the Federal Rules of Civil Procedure. (Doc. No. 4.) Plaintiff was advised that if he failed to comply with the Court's January 3, 2013 Order within the time allowed, the case would be dismissed.[1]

      Plaintiff has failed to respond to the Court's January 3, 2013 Order. Accordingly, it is **ORDERED, ADJUDGED AND DECREED**: that the action is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to mail a copy of this Order to plaintiff, and to close the file.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order and Judgment would not be taken in good faith, and therefore *in forma pauperis* status is denied

---

[1] As indicated by the Clerk's notation on the docket, a copy of the Court's January 3, 2012 Order, together with a complaint form and an information sheet entitled "How To Amend Your Complaint," was mailed to plaintiff

for the purpose of any appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
      March 28, 2013